IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  14-cv-00834-BNB

ARLUS DANIEL, JR.,

Plaintiff,

v.

SARGENT STEINER,

Defendant.

_____

## ORDER
_____

Plaintiff, Arlus Daniel, initiated this case by filing a document titled **Petition for Damages in a 42 U.S.C. § 1983 & Extension of Time** [Doc. #1, filed 3/21/2014] (the "Complaint").  The Complaint alleges a violation of the First Amendment based on Sargent Steiner's retaliation against the plaintiff for filing an Application for a Writ of Habeas Corpus. The Complaint also seeks relief from the statute of limitations because "[o]n March 29, 2014, the statute of limitation for Daniel's ability to seek relief through the courts with regards to this injustice will expire."

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, the plaintiff shall serve the defendant with a summons and a copy of the Complaint and file proof of that service on or before July 21, 2014.

IT IS ORDERED that the plaintiff shall serve defendant Steiner with a summons and a copy of the Complaint and file proof of that service on or before **July 21, 2014**.

Dated April 2, 2014.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge