**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00834-CMA-NYW

ARLUS DANIEL, JR,

    Plaintiff,

v.

SARGENT STEINER,
SARGENT VALDEZ,
CORRECTIONAL OFFICER HARTLEY,
CASE MANAGER RICK BURFORD,
CASE MANAGER THOMPSON,
CASE MANAGER HARTBAUER,
SARGENT DAVE GACNIK,
LIEUTENANT KEVIN HALL,
LIEUTENANT TERRY SCAVARDA,
LIEUTENANT MASON,
LIEUTENANT RICHARDS,
MAJOR TERRY HAMILTON,
WARDEN PAMELA PLOUGH,
EXECUTIVE DIRECTOR CLEMENTS,
EXECUTIVE DIRECTOR RICK RAEMISCH,
PAROLE OFFICER JANET RUSSELL,
GOVERNOR JOHN HICKENLOOPER,

    Defendants.

---

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

---

    IT IS ORDERED that a Scheduling Conference is set for **May 29, 2015 at 10:00 a.m.**, in Courtroom C-205, 2d Floor, Byron G. Rogers United State Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

    A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: April 17, 2015

                                              BY THE COURT:

                                              s/Nina Y. Wang_____
                                              United States Magistrate Judge