IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00834-CMA-NYW | Date: | May 29, 2015 |
| Courtroom Deputy: | Amanda Montoya | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| ARLUS DANIEL, JR, <br> **Plaintiff,** <br><br> v. <br><br> SARGENT STEINER, <br> SARGENT VALDEZ, <br> CORRECTIONAL OFFICER HARTLEY, <br> CASE MANAGER RICK BURFORD, <br> CASE MANAGER THOMPSON, <br> CASE MANAGER HARTBAUER, <br> SARGENT DAVE GACNIK, <br> LIEUTENANT KEVIN HALL, <br> LIEUTENANT TERRY SCAVARDA, <br> LIEUTENANT MASON, <br> LIEUTENANT RICHARDS, <br> MAJOR TERRY HAMILTON, <br> WARDEN PAMELA PLOUGH, <br> EXECUTIVE DIRECTOR CLEMENTS, <br> EXECUTIVE DIRECTOR RICK RAEMISCH, <br> PAROLE OFFICER JANET RUSSELL, <br> GOVERNOR JOHN HICKENLOOPER, <br><br> **Defendant.** | *Not present* <br><br><br><br><br> *James Quinn* |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**

Court in Session:  10:07 a.m.

Appearance of counsel.  The Plaintiff is not present for this hearing.  Due to the lack of presence on behalf of the Plaintiff, the Scheduling Conference is converted into a Status Conference.

**ORDERED:   Defendants' MOTION [55] to Vacate Rule 16(b) Scheduling Conference Set for May 29, 2015, Pending Resolution of Qualified Immunity is GRANTED.**

Discussion regarding pending motions.

The Plaintiff's response to MOTION [51] to Dismiss Plaintiff's Second Amended Complain*t* is due today and the court will await the response.  The  court has not received any returned mail from the Plaintiff and is operating as the Plaintiff's  mailing address is valid.  The court will await addressing MOTION [54] to Stay Discovery  Pending Resolution of Motion to Dismiss Plaintiff's Second Amended Complaint pending the  lapse of the Plaintiff's deadline to respond to the motion to dismiss.  Once the deadline lapses, the court will act on the motion to dismiss.

Court in Recess:  10:12 a.m.            Hearing concluded.            Total time in Court:  00:05