IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00834-CMA-NYW

ARLUS DANIEL, JR,

    Plaintiff,

v.

SARGENT STEINER,
SARGENT VALDEZ,
CORRECTIONAL OFFICER HARTLEY,
CASE MANAGER RICK BURFORD,
CASE MANAGER THOMPSON,
CASE MANAGER HARTBAUER,
SARGENT DAVE GACNIK,
LIEUTENANT KEVIN HALL,
LIEUTENANT TERRY SCAVARDA,
LIEUTENANT MASON,
LIEUTENANT RICHARDS,
MAJOR TERRY HAMILTON,
WARDEN PAMELA PLOUGH,
EXECUTIVE DIRECTOR CLEMENTS,
EXECUTIVE DIRECTOR RICK RAEMISCH,
PAROLE OFFICER JANET RUSSELL,
GOVERNOR JOHN HICKENLOOPER,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the Court on Defendants' Motion to Stay Discovery Pending Resolution of their Motion to Dismiss the Second Amended Complaint ("Motion to Stay").[1]  [#54, filed May 22, 2015].  The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated September 2, 2014 [#12] and memorandum dated May 26, 2015 [#56].

    This court set a Scheduling Conference for May 29, 2015.  Following Plaintiff's

---

[1] The term "Defendants" encompasses all but Lieutenant Mason, who has not yet been served and is no longer employed by the Colorado Department of Corrections.  [*See* #47 at n. 1].

failure to appear for the Scheduling Conference, I converted the proceeding into a Status Conference and indicated that the court would wait to rule on the Motion to Stay until after the deadline for Plaintiff's Response had passed.  [#59].  The deadline for Plaintiff to oppose the Motion to Stay was June 12, 2015.  To date, Plaintiff has not filed a Response or otherwise indicated any opposition to the Motion to Stay.  In addition, Defendants filed a Motion to Dismiss on May 5, 2015 [#51], which, if granted, would dispose of this litigation.  Accordingly,

   IT IS ORDERED that the Motion to Stay is **GRANTED** pending the court's resolution of Defendants' Motion to Dismiss.

DATED:  June 30, 2015